MORRIS CHERNUCHIN, Doing Business under the Firm Name and Style of THE STAR SODA WATER APPARATUS COMPANY, Respondent, v. MAX LIEBERMAN, Doing Business under the Firm Name and Style of ROYAL WOOD WORKING COM-

PANY, Defendant, Impleaded with BENJAMIN BARKIN, INC., Appellant.— Order of May 1, 1924, so far as appealed from reversed, with ten dollars costs and disbursements, and motion to open default granted without terms. Order of May 13, 1924, reversed and motion granted, with leave to defendant to answer within ten days. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.